ACCEPTED
03-15-00386-CV
7919025
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 9:29:21 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 9:29:21 AM
JEFFREY D. KYLE
Clerk

ELIZABETH R. B. STERLING
ASSISTANT ATTORNEY GENERAL

elizabeth.sterling@texasattorneygeneral.gov

November 20, 2015

Jeffrey D. Kyle
Clerk, Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

RE:     Court of Appeals Number: 03-15-00386-CV
        Trial Court Case Number:  D-1-GN-09-002116

Style: Harris County Hospital District
        v. Public Utility Commission of Texas

Dear Mr. Kyle:

In response to your letter dated November 4, 2015, Kellie Billings-Ray will be presenting oral argument on behalf of the Public Utility Commission of Texas in the above-styled cause on December 16, 2015 at 1:30 p.m.

Sincerely yours,

/s/Elizabeth R. B. Sterling
Elizabeth R. B. Sterling
Assistant Attorney General
State Bar No. 19171100
Environmental Protection Division
512.463.2012
512.457.4616 (fax)
elizabeth.sterling@texasattorneygeneral.gov

## Certificate of Service

  I hereby certify that on this the 20th day of November 2015, a true and correct copy of this letter was served on the following counsel electronically, through an electronic filing service and by email.


HARRIS COUNTY ATTORNEY'S OFFICE
Bruce S. Powers
Texas Bar. No.
1019 Congress, 15th Fl.
Houston, Texas 77002
713.274.5144
713.755.8924 (fax)
e-mail: bruce.powers@cao.hetx.net

*ATTORNEYS FOR HARRIS COUNTY HOSPITAL DISTRICT*


          /s/ *Elizabeth R. B. Sterling*
          Elizabeth R. B. Sterling